**Aileen RIZO, Plaintiff–Appellee,**

v.

**Jim YOVINO, Fresno County Superintendent of Schools, Erroneously Sued Herein as Fresno County Office of Education, Defendant–Appellant.**

No. 16–15372

United States Court of Appeals, Ninth Circuit.

AUGUST 29, 2017

Daniel M. Siegel, Siegel & Yee, Oakland, CA, for Plaintiff–Appellee.

Timothy J. Buchanan, Attorney, Michael Gary Woods, Attorney, McCormick Barstow Sheppard Wayte & Carruth, Fresno, CA, for Defendant–Appellant.

Barbara L. Sloan, EEOC—U.S. Equal Employment Opportunity Commission, Washington, DC, Jessica Stender, Senior Attorney, Equal Rights Advocates, San Francisco, CA, for Amicus Curiae.

Laurence Scott Zakson, Attorney, Reich, Adell & Cvitan, A Professional Law Corporation, Los Angeles, CA, for Amicus Curiae IATSE LOCAL 706.

**ORDER**

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel disposition in this case shall not be cited as precedent by or to any court of the Ninth Circuit.